# Court of Appeals
# of the State of Georgia

ATLANTA,    March 12, 2014

*The Court of Appeals hereby passes the following order:*

## A13A1975. CHASTAIN RESERVE HOMEOWNERS ASSOCIATION, INC. v. BRADY.

After the captioned appeal was docketed in this Court on June 12, 2013, and briefed by the parties, Appellant, by counsel of record, informed this Court by telephone on March 3, 2014, that the parties had settled the case, and that Appellant would file a motion to withdraw the appeal. Despite having informed this Court that the case is settled – which would render moot the issues raised by Appellant in the appeal – Appellant has not filed a motion to withdraw the appeal. Given the purported settlement, we find that there exits substantial doubt as to whether the issues presented in this appeal are moot.

This Court does not render advisory opinions on moot issues. See *Hopkins v. Hamby Corp.*, 273 Ga. 19 (538 SE2d 37) (2000). Moreover, under the Georgia Constitution, this Court is required to "dispose of every case at the term for which it is entered on the court's docket for hearing or at the next term." Ga. Const. of 1983 Art. VI, Sec. IX, Par. II. There must be a disposition of the appeal within the constitutional deadline – in this case by the end of the January 2014 term – and the

appeal cannot be stayed indefinitely to allow the Appellant to file a motion to withdraw the appeal based on the purported settlement.

Accordingly, IT IS HEREBY ORDERED that the case be REMANDED to the trial court for the purpose of allowing the Appellant to determine whether or not the case has been settled and therefore the issues raised on appeal have become moot. If Appellant determines that the case has not been settled, Appellant shall have the right to re-file this appeal within 30 days from the date of this order.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, _03/12/2014_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.